No. 17,898.

Edward Clifford Heald, etc. *v.* A. M. Ramsey, et al., as State Board of Land Commissioners.

(304 P. [2d] 900)

Decided December 17, 1956.

Mr. E. Clifford Heald, Mr. Leon Ginsberg, for plaintiff in error.

Mr. Duke W. Dunbar, Attorney General, Mr. Frank E. Hickey, Deputy, Mrs. Patricia H. Maloy, Assistant, and Mr. Samuel R. Freeman, Assistant, for defendants in error.

*En Banc.*

PER CURIAM. Judgment affirmed without written opinion.